BEFORE THE SECOND DIVISION, SEPTEMBER 2, 1965

No. 69527.—Balfour Guthrie & Co., Ltd., et al. *v.* United States, protests 63/3480, etc. (Savannah).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of galvanized wire similar in all material respects to that the subject of *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), the claim of the plaintiffs was sustained.

SEPTEMBER 2, 1965

No. 69528.—APPEAL 5178.—U. S. Wolfson Bros. Corp. *v.* United States.— —C.D. 2442 affirmed May 6, 1965. C.A.D. 856.

No. 69529.—APPEAL 5184.—Wilmington Shipping Company *v.* United States.— 175 affirmed May 24, 1965. C.A.D. 861.

BEFORE THE FIRST DIVISION, SEPTEMBER 7, 1965

No. 69530.—Salim Sarkis Dominguez *v.* United States, protests 59/34535, etc. (Nogales).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.